UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MICHAEL BRACKETT,<br><br>                Plaintiff,<br><br>vs.<br><br>FARRIS INTERIOR INSTALLATION, INC.<br>d/b/a FARRIS CONSTRUCTION and<br>DERRICK A. FARRIS,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 2:13-cv-256-WCO |

## J U D G M E N T

This action having come before the court, Honorable William C. O'Kelley, Senior United States District Judge, for consideration of the parties' Motion for Stipulated Judgment Approving FLSA Settlement, and the court having approved said motion, it is

**Ordered and Adjudged** that judgment is entered in favor of the plaintiff against defendants for a total of $41,000, comprised of $24,080 in overtime wages and liquidated damages, $16,400 in attorney's fees and $520 in costs, and the action be, and the same hereby, is **dismissed**.

Dated at Gainesville, Georgia, this 11th day of March, 2014.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                                      By:  s/Stacey Kemp
                                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  March 11, 2014
James N. Hatten
Clerk of Court

By: s/Stacey Kemp
     Deputy Clerk